UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL SMITH,**

    **Plaintiff,**

v.                              Case No.   6:22-cv-2265-ACC-LHP

**STRADA SERVICES LLC and
JOSEPH STRADA,**

    **Defendants.**

_____

# ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice (Doc. 17) filed on March 14, 2023.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 20).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 24, 2023 (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice (Doc. 17) is hereby **GRANTED**.

3. The parties' Settlement Agreement (Doc. 17-1) is a "fair and reasonable resolution" of a bona fide dispute under the Fair Labor Standards Act pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982).

4. The case is **DISMISSED with prejudice**.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2023.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record